STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON *(Pro Hac Vice Application Pending)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

*Attorney(s) for Plaintiff Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZENREACH, INC.,<br><br>Defendant. | Case No. 5:20-cv-06621-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Edward J. Davila |

**TO THE HON. EDWARD J. DAVILA, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-1(a), Defendant Zenreach, Inc. ("Zenreach") and Plaintiff Display Technologies, LLC ("Display Technologies") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant Zenreach, Inc. waived Service of Summons for Plaintiff's Complaint for Patent Infringement ("Complaint") on September 29, 2020;

WHEREAS, Zenreach, Inc. has requested and Display Technologies, LLC has consented to an additional 30 days for Zenreach's answer or response to Display Technologies, LLC's Complaint;

WHEREAS, an additional 30 days for Zenreach's answer or response to Display Technologies, LLC's Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Zenreach, Inc. shall answer or otherwise respond to Display Technologies, LLC's Complaint by December 30, 2020.

Dated: December 1, 2020           Respectfully submitted,

/s/Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

Jay Johnson *(Pro Hac Vice Pending)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Email: jay@kjpllc.com

***Attorney(s) for Plaintiff Display Technologies, LLC***

## ATTESTATION OF CONCURRENCE

I, Jay Johnson, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: November 30, 2020        */s/Stephen M. Lobbin*
                                Stephen M. Lobbin