STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Patent Imaging, LLC*

Michael Sacksteder
Fenwick & West LLP
555 California St.
San Francisco, CA 94104
Email: msacksteder@fenwick.com
(417) 875-2450

*Attorney(s) for Defendant Zenreach, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZENREACH, INC.,<br><br>Defendant. | Case No. 5:20-cv-06621-EJD<br><br>**STIPULATION TO STAY ALL DEADLINES**<br><br>Hon. Edward J. Davila |

**TO THE HON. EDWARD J. DAVILA, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-1(a), Defendant Zenreach, Inc. ("Zenreach") and Plaintiff Display Technologies, LLC ("DT"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the parties have reached an agreement in principle that will resolve

this matter;

WHEREAS, the parties have stipulated to a 30 day stay of all deadlines;

WHEREAS, the parties requesting the court enter an order staying all deadlines for 30 days.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that all deadlines are stayed for 30 days.

Dated: January 21, 2021                Respectfully submitted,

/s/ Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037

*Attorney(s) for Plaintiff*

/s/Michael Sacksteder
Michael Sacksteder
Fenwick & West LLP
555 California St.
San Francisco, CA 94104
Email: msacksteder@fenwick.com

*Attorney(s) for Defendant Zenreach, Inc.*

### ATTESTATION OF CONCURRENCE

I, Stephen Lobbin, am the ECF user whose ID and password are being used to file this STIPULATION TO STAY DEADLINES. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: January 21, 2021                /s/Stephen M. Lobbin