STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Display Technologies, LLC*

Michael Sacksteder
Fenwick & West LLP
555 California St.
San Francisco, CA 94104
Email: msacksteder@fenwick.com
(417) 875-2450

*Attorney(s) for Defendant Zenreach, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZENREACH, INC., <br><br> Defendant. | Case No. 5:20-cv-06621-EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Hon. Edward J. Davila |

**TO THE HON. EDWARD J. DAVILA, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According

to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Display Technologies, LLC hereby voluntarily dismisses this action against Zenreach, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: February 19, 2021                Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Display Technologies, LLC***